OPINION # O - 4295 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.